IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-CR-002 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| DONALD MALONE JR., | : | 18 U.S.C. § 661 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 661)

From exact dates unknown, but beginning on or about September 4, 2020 and continuing until on or about September 26, 2020, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States as defined in Section 7 of this Title, the Defendant, **DONALD MALONE JR.**, did take and carry away, with intent to steal and purloin, personal property of another person, an individual with the initials "T.H."

In violation of 18 U.S.C. § 661.

DAVID M. DEVILLERS
United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney